UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>UNFORGETTABLE COATINGS, INC., a Nevada corporation, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00510-KJD-BNW<br><br>ORDER |

Presently before the Court is Defendants' Emergency Motion to Extend Deadline (#7). Having read and considered the motion and good cause being found, it is hereby **GRANTED**. The hearing on the motion for preliminary injunction schedule for Friday, April 17, 2020 is hereby **VACATED**. The Telephonic Hearing is continued until Tuesday, April 21, 2020 at 9:00 a.m. before Judge Kent J. Dawson. Instructions for dialing in by telephone will follow by minute order. The briefing schedule will be altered as follows: Defendants' opposition brief will be due Friday, April 17, 2020 by 4:00 p.m. Plaintiff's reply brief will be due no later than 4:00 P.M. Monday, April 20, 2020.

**IT IS SO ORDERED**.

Dated this 14th day of April, 2020.

Kent J. Dawson
United States District Judge