# EXHIBIT E

**Declaration of Iris Jasmin Martinez**

Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  paul.trimmer@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eugene Scalia,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>  vs.<br><br>Unforgettable Coatings, Inc., a Nevada Corporation; Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, a Nevada Limited Liability Company; Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings, an Arizona Limited Liability Company; Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, a Utah Corporation; Shaun McMurray, an individual; Shane Sandall, an individual; Cory Summerhayes, an individual<br><br>        Defendants. | Case No.: 2:20-cv-00510-KJD-BNW<br><br>**DECLARATION OF IRIS JASMIN MARTINEZ IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Iris Jasmin Martinez, declare as follows:

1. I make this declaration in support of Defendant's Response to Plaintiff's Motion for Preliminary Injunction filed by Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor in the U.S. District Court, District of Nevada, Case Number 2:20-cv-00510-KJD-BNW.

2. I declare that I am over the age of eighteen and have personal knowledge of the facts stated herein based on my employment with Unforgettable Coatings (hereinafter, "UCI").

3. My foreman is Angel Perez ("Mr. Perez"). I was present at an onsite meeting that Mr. Perez conducted at Acacias HOA on March 18, 2020. During that meeting, Mr. Perez announced that the corona virus and business closures had impacted the Company and that the Company intended to reduce discretionary bonus pay for everyone, including my work group, in an effort to avoid layoffs.

4. In response, some of the other employees, grew angry. I cannot recall their names because I had worked for UCI for only a short time prior to the meeting. However, I would be able to recognize these employees by sight and recall that one was nicknamed "El Perro." These employees said they did not believe Mr. Perez. They said that they did not believe that Mr. Perez would also be taking a pay cut. They demanded to speak to UCI's President, Cory Summerhays ("Mr. Summerhays").

5. Mr. Perez called Mr. Summerhays and put him on speakerphone. Three employees circled around the phone and told Mr. Summerhays they did not believe Mr. Perez. Mr. Summerhays explained what was happening, that hourly wage rates would remain the same but that the amount of bonus pay might be reduced there were less jobs, and that everyone was taking a little less to make sure that everyone was able to keep working. The three employees grew mad and started to say disrespectful things to Mr. Summerhays. They told Mr. Summerhays to "clean your own building," meaning that Mr. Summerhays should come to the jobsite and finish the job himself because they were leaving. Mr. Summerhays remained calm. He did not tell the employees that they were fired. After the phone call with Mr. Summerhays ended, these employees began to laugh.

6. Some of the employees then walked off the jobsite.

/ / /

/ / /

/ //

7. During the meeting and call with Mr. Summerhays, no one said they were scared to work because of the coronavirus.

I declare under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED this 17 day of April, 2020.

*/s/ Iris Jasmin Martinez*
IRIS JASMIN MARTINEZ

4817-8635-4618, v. 1