Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  paul.trimmer@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eugene Scalia,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>          Plaintiff,<br><br>     vs.<br><br>Unforgettable Coatings, Inc., a Nevada Corporation; Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, a Nevada Limited Liability Company; Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings, an Arizona Limited Liability Company; Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, a Utah Corporation; Shaun McMurray, an individual; Shane Sandall, an individual; Cory Summerhayes, an individual<br><br>          Defendants. | Case No.: 2:20-cv-00510-KJD-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor ("Plaintiff"), through his counsel, Sonya Shao, and Defendants, Unforgettable Coatings, Inc., Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, Shaun McMurray, Shane Sandall, Cory Summerhayes [sic] ("Defendants"), by and through their counsel, Jackson Lewis

1  P.C., that Defendants shall have an extension up to and including May 1, 2020, in which to file
2  their respective responses to Plaintiff's Complaint.  This Stipulation is submitted and based upon
3  the following:

4     1. Plaintiff filed his Complaint on March 12, 2020.  ECF No. 1.  Defendants accepted
5  service of the Summons and Complaint on March 31, 2020.  ECF No. 3.

6     2. Defendants' response to the Complaint is currently due on April 21, 2020.

7     3. Due to the press of other matters, including adjustments made necessary by the
8  COVID-19 pandemic, and in order to respond to the pleading, counsel for Defendants require
9  additional time.  Counsel for Defendants request an extension, up to and including May 1, 2020,
10 to file their respective responses to Plaintiff's Complaint.

11     4. This is the first request for an extension of time for Defendants to file a response to
12 Plaintiff's Complaint.

13     5. This request is made in good faith and not for the purpose of delay.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 21st day of April, 2020

| UNITED STATES DEPARTMENT OF LABOR | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sonya Shao* <br> Janet M. Herold <br> Susan Seletsky <br> Charles Song <br> Sonya Shao, Cal. Bar No. 300832 <br> 350 S. Figueroa Street, Suite 370 <br> Los Angeles, CA 90071-1202 <br> Telephone: (213) 894 1592 <br> Fax: (213) 894-2064 <br><br> Attorneys for Plaintiff Eugene Scalia | */s/ Lynn K. McChrystal* <br> Paul T. Trimmer, State Bar No. 9291 <br> Lynne K. McChrystal, State Bar No. 14739 <br> JACKSON LEWIS P.C. <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District/Magistrate Judge

Dated: 4/22/2020

4832-5694-1498, v. 1