JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Counsel
CHARLES SONG
Senior Trial Attorney
SONYA SHAO (Cal. Bar No. 300832)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894 1592
Fax: (213) 894-2064
Email: shao.sonya.p@dol.gov
*Attorneys for Plaintiff Eugene Scalia*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Eugene Scalia,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>          Plaintiff,<br>      v.<br><br>Unforgettable Coatings, Inc., a Nevada Corporation; Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, a Nevada Limited Liability Company; Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings, an Arizona Limited Liability Company; Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, a Utah Corporation; Shaun McMurray, an individual; Shane Sandall, an individual; Cory Summerhayes, an individual;<br><br>          Defendants. | Case No. 2:20-cv-00510-KJD-BNW<br><br>STIPULATION TO EXTEND DEADLINE FOR SECRETARY TO OPPOSE DEFENDANTS' MOTION TO DISMISS |

Plaintiff Secretary of Labor, United States Department of Labor ("Secretary") and Defendants Unforgettable Coatings, Inc., Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, Shaun McMurray, Shane Sandall, Cory Summerhayes [sic]

STIPULATION TO EXTEND TIME

("Defendants") (collectively "the Parties") hereby stipulate that the Secretary shall have an extension to May 29, 2020 to file his Opposition to the Defendants' Motion to Dismiss. The Secretary's Opposition is currently due on May 15, 2020. This Stipulation is submitted and based upon the following:

1. The Secretary filed his Complaint on March 12, 2020. ECF No. 1.
2. Defendants filed their Motion to Dismiss on May 1, 2020. ECF No. 25.
3. The Secretary's Opposition to the Motion to Dismiss is currently due on May 15, 2020.
4. The Parties wish to begin settlement discussions, and a two-week extension to oppose the Motion to Dismiss would allow the Parties time to engage in good faith in settlement discussions.
5. This is the first request for an extension of time for the Secretary to file a response to Defendants' Motion to Dismiss.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

NOW, THEREFORE, the Parties hereby stipulate as follows:

6. The deadline for the Secretary to respond to the Defendants' Motion to Dismiss shall be May 29, 2020.

Dated this 7th day of May, 2020

| | |
|---|---|
| KATE S. O'SCANNLAIN<br>Solicitor of Labor<br><br>JANET M. HEROLD<br>Regional Solicitor<br><br>SUSAN SELETSKY<br>Counsel<br><br>/s/ Sonya Shao<br>Sonya Shao, CBN 300832<br>350 S. Figueroa Street, Suite 370<br>Los Angeles, CA 90071-1202<br><br>Attorneys for Plaintiff Eugene Scalia | JACKSON LEWIS P.C.<br><br><br>/s/ Lynne K. McChrystal<br>Paul T. Trimmer, State Bar No. 9291<br>Lynne K. McChrystal, State Bar No. 14739<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants |

### **ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: 5/11/2020