PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

RICK J. SUTHERLAND, ESQ.
*Admitted pro hac vice*
**JACKSON LEWIS P.C.**
215 S. State Street, Suite 760
Salt Lake City, Utah 84111
Telephone: (801) 736-3199
Email: rick.sutherland@jacksonlewis.com

MARK A. HUTCHISON, ESQ.
Nevada Bar No. 4639
**HUTCHISON & STEFFEN, PLLC**
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Email: mhutchison@hutchlegal.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>   Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS, INC.; UNFORGETTABLE COATINGS OF IDAHO, LLC, dba UNFORGETTABLE COATINGS; UNFORGETTABLE COATINGS OF ARIZONA, LLC, dba UNFORGETTABLE COATINGS; UNFORGETTABLE COATINGS OF UTAH, INC., dba UNFORGETTABLE COATINGS; BLUE APE PAINTING, LLC; SHAUN MCMURRAY; SHANE SANDALL; CORY SUMMERHAYS; and GALIA CARREJO,<br>            Defendants. | Case No.: 2:20-cv-00510-KJD-DJA<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER TO PRODUCE DOCUMENTS (ECF NO. 159)**<br><br>**[First Request]** |

Defendants Unforgettable Coatings, Inc., Unforgettable Coatings of Idaho, LLC, dba Unforgettable Coatings, Unforgettable Coatings of Arizona, LLC, dba Unforgettable Coatings, Unforgettable Coatings of Utah, Inc., dba Unforgettable Coatings, Shaun McMurray, Shane Sandall, Cory Summerhays, and Galia Carrejo ("Defendants"), by and through their counsel of record, the law firm of Jackson Lewis, P.C., submit this request for an extension of time to produce documents pursuant to this Court's order. ECF No. 159. This request is based on the following Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and any oral argument that the Court deems proper.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants respectfully request this Court extend the time to comply with ECF No. 159, from May 25, 2022, to May 31, 2022. A party moving to extend a court ordered deadline must demonstrate good cause supports the request. Nevada Federal Local Court Rule 26-3. The good cause inquiry is focused on the movant's reasons for seeking an extension and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). Courts may also consider other pertinent circumstances, including whether the movant was diligent in seeking modification of the deadline once it became apparent that the movant required relief from the deadline at issue. *Sharp v. Covenant Care LLC*, 288 F.R.D. 465, 467 (S.D. Cal. 2012).

Here, good cause supports this request because Defendants have worked diligently to complete the production of the requested text messages. In compliance with this Court's order, Defendants will be producing today (May 25, 2022) voluminous financial documents and text messages. However, Defendants require additional time to complete a review of a subset of the remaining text messages to ensure any privileged information is properly redacted and included on the privilege log. Since this Court's order, Defendants have worked to review approximately six years' worth of text messages. Defendants' initial review of these messages reveals that at least some of the messages contain discussions of legal advice, work product, and communications made in anticipation of litigation. As many of these messages predate current defense counsel's involvement, it has taken additional time to complete a privilege review. Defendants continue to

work diligently to complete this review and will work to ensure the messages are produced on or before May 31, 2022. Defendants have communicated with Plaintiff's counsel regarding the instant request and the Parties appear to be in agreement as to Defendants' proposal herein for completing the production. Accordingly, Defendants respectfully request the Court grant this short extension of time.

DATED this 25th day of May, 2022.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
Paul T. Trimmer, Bar No. 9291
Joshua A. Sliker, Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: May 26, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 11th day of March, 2022, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER TO PRODUCE DOCUMENTS (ECF NO. 159)** properly addressed to the following:

Janet M. Herold
Andrew J. Schultz
Charles S. Song
Jessica Flores
Kathryn A. Panaccione
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071
Email: Panaccione.Kathryn.A@dol.gov
    Flores.Jessica@dol.gov
    Song.Charles.C@dol.gov

*Attorneys for Plaintiff*

/s/ Joshua A. Sliker
Employee of Jackson Lewis P.C.

4876-0607-6962, v. 1