PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
KATLYN M. BRADY, ESQ.
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com
Email: kyle.hoyt@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorneys for Defendants*

*(additional counsel on signature page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>     Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS, INC., a Nevada Corporation; UNFORGETTABLE COATINGS OF IDAHO, LLC, dba Unforgettable Coatings, a Nevada Limited Liability Company; UNFORGETTABLE COATINGS OF ARIZONA, LLC, dba Unforgettable Coatings, an Arizona Limited Liability Company; UNFORGETTABLE COATINGS OF UTAH, INC., dba Unforgettable Coatings, a Utah Corporation; BLUE APE PAINTING, LLC; SHAUN MCMURRAY, an individual; SHANE SANDALL, an individual; CORY SUMMERHAYS, an individual; GALIA CARNEJO, an individual<br><br>     Defendants. | Case No.: 2:20-cv-00510-KJD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS':**<br><br>**(1) MOTION FOR A SPECIAL MASTER (ECF NO. 171); AND**<br><br>**(2) MOTION FOR EXPEDITED DECISION (ECF NO. 172)**<br><br>**(FIRST REQUEST)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendants to file the replies in support of Defendants' Motion for a Special Master (ECF No. 171) and Motion for Expedited Decision (ECF No. 172) from the

current deadline of August 3, 2022 to **August 5, 2022**. Due to the press of other matters, Defendants' counsel has been delayed in completing Defendants' replies and requires a short extension of time to do so. This is the first request for an extension as to submit Defendants' replies. This Stipulation and order are sought in good faith and not for the purpose of delay.

Dated this 3rd day of August, 2022.

| UNITED STATES DEPARTMENT OF LABOR | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jessica Flores | /s/ Joshua A. Sliker |
| CHARLES S. SONG, ESQ.<br>JESSICA FLORES, ESQ.<br>KATHRYN A. PANACCIONE, ESQ.<br>350 S. Figueroa Street, Suite 370<br>Los Angeles, California 90071 | JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>KYLE J. HOYT, ESQ.<br>Nevada Bar No. 14886<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Martin J. Walsh* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2022