UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor for the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>UNFORGETTABLE COATINGS, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00510-KJD-DJA<br><br>ORDER |

On August 24, 2022, the parties filed Joint Notice of Settlement (#182). On September 14, 2022, the parties filed a Joint Status Report Regarding Settlement (#184) in which they requested a special settlement conference which has been set for November 8, 2022. Several motions remain pending settlement. Therefore, the Court denies all pending motions/objections as moot, subject to renewal upon notice of either party or the magistrate judge.

Accordingly, IT IS HEREBY ORDERED that all pending motions are **DENIED as moot**. Dated this 23rd day of September, 2022.

Kent J. Dawson
United States District Judge