UNITED STATES DISTRICT COUR

DISTRICT OF NEVADA

\*\*\*

MARTIN J. WALSH, et al,

        Plaintiff,

v.

UNFORGETTABLE COATINGS, INC., et al

        Defendant,

Case No. 2:20-cv-0510-KJD-DJA

**ORDER TEMPORARILY UNSEALING RECORDING**

    On 1/12/2023 this court received an Audio Recording Order of a Settlement Conference held on January 12, 2023 from Joshua A. Silker, counsel for the Defendant Unforgettable Coatings, Inc., which a portion of the hearing is sealed.

    **IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing recording of hearing as requested by the Defendant's Counsel.

    **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of recording to anyone other than the representatives of the parties directly concerned with this case.

    DATED this 18 day of January, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE